Dismissed and Memorandum Opinion filed December 2, 2004









Dismissed and Memorandum Opinion filed December 2,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01443-CV

____________

 

HENRY P. WU
A/K/A PEM LI WU, SHUN CHIN WE, AND I‑10 COLONY, INC., Appellants

 

V.

 

CHAO KUAN LEE,
LI YANG LEE, LI HSAING CHANG, Appellees

 



 

On Appeal from the
151st District Court

 Harris County, Texas

Trial Court Cause
No. 99-51016 

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an interlocutory order
appointing a receiver.

On November 10, 2003, appellees
filed a motion to dismiss the appeal because the receiver had been
discharged.  On November 18, 2004,
appellants filed a concurrence in the motion to dismiss.  See Tex.
R. App. P. 42.1.  The parties= motion to dismiss is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 2, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.